```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 23785
   NICOLE A MOLSBY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5759

-----------------------------------------------------------------------
           TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
   The case was filed on 12/18/2007 and was not confirmed.

   The case was dismissed without confirmation 02/27/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------

ILLINOIS DEPT OF REVENUE  UNSECURED     NOT FILED           .00           .00
OSI COLLECTIONS           UNSECURED     NOT FILED           .00           .00
PREMIER BANKCARD          UNSECURED        379.48           .00           .00
JEFFREY L BENSON          DEBTOR ATTY        .00                          .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                               .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                                  --------------      --------------
TOTALS                                .00                 .00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 05/23/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```